## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO: 5:04CV105

| | | | |
|---|---|---|---|
| **LESSIE L. TURBYFILL,** | ) | | |
| **Plaintiff** | ) | | |
| **vs.** | ) | | |
| | ) | \_\_\_\_\_ | **ORDER** |
| **PAXAR AMERICAS, INC.,** | ) | | |
| **Defendant.** | ) | | |
| | ) | | |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Motion for Summary Judgment of Defendant Paxar Americas, Inc." (Document No. 11) and "Defendant Paxar Americas, Inc.'s Brief in Support ..." (Document No. 12), both filed September 6, 2005 by Paxar Americas, Inc.

In accordance with the dictates of <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), the undersigned is required to notify Plaintiff that she has the right to file a response in opposition to the instant motion. The response may include affidavits in opposition to the motion, or other responsive material. Inasmuch as uncontested motions are routinely granted, Plaintiff's failure to respond to the motion within the allotted time may cause the court to conclude that the Defendant's contentions are undisputed. As a result, the court may grant summary judgment in favor of the Defendant. Any response or affidavits or other responsive material must be filed no later than **February 24, 2006**.

Any response filed by Plaintiff should be accompanied by a brief containing a concise statement of reasons for Plaintiff's opposition and a citation of authorities upon which Plaintiff relies. Plaintiff is reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

The original and one copy of Plaintiff's response should be mailed to the Clerk of U.S. District Court, and a copy served upon counsel for the Defendant.  Any pleadings presented to this court for filing must be accompanied by a certificate stating that Plaintiff has served copies on counsel for the Defendant.

**IT IS, THEREFORE, ORDERED** that the Plaintiff has until **February 24, 2006,** within which to respond to the "Motion for Summary Judgment of Defendant Paxar Americas, Inc." (Document No. 11) and "Defendant Paxar Americas, Inc.'s Brief  in Support ..." (Document  No. 12).

Signed: January 24, 2006

David C. Keesler
United States Magistrate Judge

2