# United States District Court
# For The Western District of North Carolina
# Statesville Division

LESSIE L. TURBYFILL,

    Plaintiff(s),

vs.

PAXAR AMERICAS, INC.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:04CV105

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 19, 2006, Order.

Signed: June 19, 2006

_____
Frank G. Johns, Clerk
United States District Court